July 7, 2022

To: Hon. Pamela Meade Sargent
United States Magistrate Judge
210 Franklin Road, S.W. Suite 540
Roanoke, Virginia 24011-2208

From: Demmerick E. Brown #1131268
Augusta Corr. Ctr. D2-22
1821 Estaline Valley Road
Craigsville, Va. 24430

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 11 2022

JULIA C. DUDLEY, CLERK
BY: /s/ Hanson
       DEPUTY CLERK

RE: Legal - General Purpose Mail

Dear Hon. Judge,

I write this letter to you so there will be no misunderstanding in the matter. VDOC has implemented a policy-procedure. All incoming mail will be first redirected to Powhatan, Powhatan will process the mail, and then the mail will be delivered to the institutional Mailroom to be delivered to the inmates.

Book in mines All of the Institutions in the State, Incoming Mail must be re-routed to Pocahontas to be processed. This is a foreseeable problem regarding legal mail from the Courts because when the Judge issue a Order June 1, 2020, I will not receive the Order within reasonable time. The Order issue demand a response with 30 days or 45 days. The New process will eat up at least 15 days. if not more.

This is my Understanding of Mr. David A. Robinson, chief of Operation Memo.

Yours

[signature]

July 6, 2022