IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| DEMMERICK E. BROWN, | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) Civil Action No.: 7:22-cv-00349 |
| | ) |
| KAREN STAPLETON, *et al.*, | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion, Defendant's motion to dismiss, Dkt. 14, is **GRANTED** and the Complaint is **DISMISSED WITHOUT PREJUDICE**. Because the motion to dismiss is granted, Plaintiff's pending motion for summary judgement, Dkt. 34, is **DENIED** as moot.

It is so **ORDERED**.

Entered: August 3, 2023

*Robert S. Ballou*

Robert S. Ballou
United States District Judge