August 14, 2023

In The United States District Court
for the Western District of Va
Roanoke, Division

CLERK'S OFFICE U.S. DISTRICT COURT
AT ROANOKE, VA
FILED
AUG 21 2023
LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

Demmerick E. Brown, 1131268
Plaintiff,

v.

Case No. 7:22-CV-00349

Karen Stapleton et. al.
Defendants.

## Notice of Appeal

Plaintiff moves the court notifying the court of his right to appeal the court's decision dismissing his claim in the above styled matter.

Sincerely,
D. Brown

Demmerick E Brown 1131268
Deerfield Corr. Ctr. D835
21360 Deerfield Drive
Capron, Va. 23829

Honorable Clerk of Court
United States District Court
Western District of VA.
210 Franklin Road, RM 540
Roanoke, Virginia 24011

Legalmail

Demmedick E. Brown 1131268
Deerfield Corr. Ctr. 08-35
21360 Deerfield Drive
Capron, Virginia 23829

To. the Honorable Cle
for The United Sta
210 Franklin r
federal courthc
Roanoke, Div
Roanoke, Va.

DEPARTMENT OF CORRECTIONS HAS NEITHER CENSORED NOR
ECTED THIS ITEM. THEREFORE THE DEPARTMENT DOES NOT
ME RESPONSIBILITY FOR ITS CONTENTS.
NIA DEPARTMENT OF CORRECTIONS



ZIP 23829  $ 002.31⁰
02 4W
0000384225 AUG 16 2023

rk of Court

s Western District of VA.

oad, Rm 540

use

s i m

24011